# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

No. 18-30489
Summary Calendar

_____

United States Court of Appeals
Fifth Circuit

**FILED**
September 26, 2018

Lyle W. Cayce
Clerk

In re: In the Matter of TK Boat Rentals, L.L.C., As Owner and Operator of the V/V MISS IDA, For Exoneration From or Limitation of Liability

- - - - - - - - - - - - - - - - - - -

TK BOAT RENTALS, L.L.C.,

            Petitioner

v.

AGCS MARINE INSURANCE COMPANY,

            Respondent

v.

TRACY L. EDWARDS; CHARLES N. SIRIA, also known as Nick,

            Claimants - Appellants

v.

EXTREME FISHING, L.L.C.; TROY WETZEL, doing business as Louisiana Offshore Fishing Charters,

            Claimants - Appellees

- - - - - - - - - - - - - - - - - - -

TRACY L. EDWARDS; CHARLES N. SIRIA, also known as Nick,

            Plaintiffs - Appellants

No. 18-30489

v.

EXTREME FISHING, L.L.C.; TROY WETZEL, doing business as Louisiana Offshore Fishing Charters,

      Defendants - Appellees

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:17-CV-1545
USDC No. 2:17-CV-2446

_____

Before REAVLEY, JONES, and HIGGINSON, Circuit Judges.

PER CURIAM:*

The court has carefully reviewed this case in light of the briefs, district court ruling, and the record.  Having done so, we find no reversible error of fact or law and affirm for the reasons articulated by the district court.

**AFFIRMED.**

_____

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

2